**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6099**

_____

LEON JAMES RIDINGS,

Plaintiff - Appellant,

versus

FEDERAL PRISON INDUSTRIES, INCORPORATED, via
Steve Schwalb, Chief Operating Officer; KENT
MARTIN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-00-236-5-BO)

_____

Submitted:  April 11, 2002          Decided:  April 23, 2002

_____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leon James Ridings, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon James Ridings appeals from the district court's order denying relief on his action filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Ridings v. Federal Prison Indus., Inc., No. CA-00-236-5-BO (E.D.N.C. Dec. 26, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2